UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BARBARA JEAN MURREN,
Plaintiff,

v.  Case No: 6:17-cv-1931-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Barbara Jean Murren's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Disability Insurance Benefits and Supplemental Security Income. On September 13, 2018, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be reversed (Doc. 21). After review of the Report and Recommendation (Doc. 21) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 21) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this 2 day of October, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record