# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BARBARA JEAN MURREN,**
**Plaintiff,**

**v.**                                                    **Case No: 6:17-cv-1931-Orl-18GJK**

**COMMISSIONER OF SOCIAL SECURITY,**
**Defendant.**

---

## ORDER

This cause came on for consideration without oral argument on Plaintiff Barbara Jean Murren's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") (Doc. 24), which the Court referred to the United States Magistrate Judge for a report and recommendation. Having reviewed the Report and Recommendation (Doc. 25), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 25) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Barbara Jean Murren's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc 24) is **GRANTED in part** and **DENIED in part**. The Motion (Doc. 24) is **GRANTED** only to the extent the Court awards EAJA attorney's fees to Plaintiff Barbara Jean Murren, as the prevailing party, in the sum of $6,059.90. Otherwise, the Motion (Doc. 24) is **DENIED**.

3. The Clerk is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this ___24___ day of January, 2019.

_____
**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record